UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISBEH BARRIENTOS,<br><br>    Plaintiff,<br><br>    v.<br><br>PORTFOLIO RECOVERY ASSOCIATES,<br><br>    Defendant. | Case No. 14-cv-03092-JSC<br><br>**ORDER REFERRING PLAINTIFF TO LEGAL HELP DESK** |

Plaintiff Lisbeth Barrientos, proceeding pro se, filed an action in the Small Claims Court for the County of San Mateo. Defendant Portfolio Recovery Associates thereafter removed the action to federal court asserting federal question jurisdiction under 28 U.S.C. § 1331 because Plaintiff's claims "aris[e] under 15 U.S.C. § 1681, et seq. ("the Fair Cradit Reporting Act" or "FCRA")". Defendant has now filed a motion to dismiss Plaintiff's complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. (Dkt. No. 8.)

Plaintiff is hereby referred to the Northern District's Legal Help Center at 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, California. Plaintiff may make an appointment by calling (415)782-8982. More information is available at the Court's website http://cand.uscourts.gov/helpcentersf.

In light of this Order, the Court *sua sponte* grants Plaintiff an extension of time to respond to the Motion to Dismiss. Plaintiff's response is now due August 18, 2014 and Defendant's reply is due August 25, 2014. The matter will be heard on September 11, 2014 at 9:00 a.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California.

1     **IT IS SO ORDERED.**

2     Dated: July 18, 2014

3     _____
JACQUELINE SCOTT CORLEY
4     United States Magistrate Judge