IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LISBEH BARRIENTOS,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES,

    Defendant.

No. C 14-03092 JSW

**ORDER DIRECTING CLERK TO FILE OPPOSITION TO MOTION TO REMAND UNDER SEAL**

On September 11, 2014, Plaintiff filed her reply in support of her motion to remand. In support of her reply, Plaintiff attached a copy of her credit report, which contains sensitive financial information. (Docket No. 28.) Accordingly, the Clerk is directed to file the original document under seal, and to lock the electronic version of the document so that it is only accessible to Court users and the parties. Because Plaintiff's reply brief, exclusive of the attachment, does not include sensitive public information, the Clerk shall scan and electronically file a copy of that brief in the public record.

**IT IS SO ORDERED.**

Dated: September 15, 2014

                                                      JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BARRIENTOS,

        Plaintiff,

  v.

PORTFOLIO RECOVERY ASSOCIATES et al,

        Defendant.

Case Number: CV14-03092 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 15, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lisbeth Barrientos
P.O. Box 610037
Redwood City, CA 94061

Dated: September 15, 2014

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk